ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

06-202 T

Plaintiff(s) or Petitioner(s)

Arbitrage Trading, LLC, by and through Robert Gunther as Trustee for Robert and Jayne Gunther 1999 Revocable Trust v. United States of America, by and through its agent, The Internal Revenue Service

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] David D. Aughtry

Firm Name: Chamberlain, Hrdlicka, White, Williams & Martin

Post Office Box:

Street Address: 191 Peachtree St., N.E., Ninth Floor

City-State-Zip: Atlanta, Georgia 30303

Telephone & Facsimile Numbers: Phone (404) 658-5494 Fax (404) 659-1852

E-mail address: david.aughtry@chamberlainlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 2 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 2,371,502.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005