ORIGINAL

FILED
MAR 1 3 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JADE TRADING, LLC, by and through ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,** | § | **06-202 T** |
| **Plaintiffs,** | § | **NO. 03-2164T** |
| **v.** | § | **JUDGE MARY ELLEN COSTER WILLIAMS** |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

## NOTICE OF INDIRECTLY-RELATED CASE

Plaintiffs hereby notify the Court of an Indirectly-Related case being filed today in the United States Court of Federal Claims.

1. The name of the related case is *Arbitrage Trading, LLC, by and through Robert Gunther as Trustee for Robert and Jayne Gunther 1999 Revocable Trust* v. United States of America, By and Through Its Agent, The Internal Revenue Service. No docket number has been assigned to the case yet.

2. Both cases involve the contribution of Purchased Euro Options to a limited liability company on the recommendation of Sentinel Advisors, LLC.

3. Most, if not all, of the legal and factual issues are similar (*e.g.*, separate vs. single options, partner/member, reasonable cause).

Respectfully submitted,

DAVID D. AUGHTRY
Georgia Bar No. 028010

s/ Linda S. Paine

LINDA S. PAINE By express permission
Texas Bar No. 15414000

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN
191 Peachtree Street, N.E., Ninth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

217309.2

002871-000000:3/13/2006

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **NOTICE OF INDIRECTLY-RELATED CASE** was sent via Federal Express on this 13th day of March, 2006 addressed to:

Stuart J. Bassin, Esq.
U.S. Department of Justice
Tax Division
Court of Federal Claims
555 4th Street, NW, Room 8822
Washington, D.C. 20044

**and via regular U.S. mail addressed to:**

Mr. Ari Bergmann
Sentinel Advisors, LLC
68 Carman Avenue
Cedarhurst, New York 11516

Robert W. Ervin and Laura Kavanaugh
Ervin Capital, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Timothy W. Ervin and Vicki L. Ervin
Ervin Investments, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Gary Ervin and Lisa A. Ervin
Ervin Holdings, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Banque Safra - Luxembourg sa
c/o Michel Priester - Legal Dept.
10A Boulevard Joseph II, B.P. 887
Luxembourg, L-2018

David D. Aughtry