***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| **ARBITRAGE TRADING, LLC, by and Through ROBERT GUNTHER as Trustee FOR ROBERT And JAYNE GUNTHER 1999 Revocable Trust,** | ) | |
| Plaintiff, | ) | No. 06-202 T |
| | ) | **(Judge Emily C. Hewitt)** |
| v. | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. House as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

David R. House, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

April 19, 2006

s/David R. House
David R. House
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 616-3366
Fax (202) 514-9440
David.R.House@usdoj.gov