IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Emily C. Hewitt)

No. 06-202 T

ARBITRAGE TRADING, LLC,
Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 60 days from May 12, 2006, to July 11, 2006, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiff has no objection to the requested 60-day extension. This is the first such enlargement requested for this purpose.

In support of this motion, the defendant states the following:

Plaintiff filed its complaint in this matter on March 13, 2006. The defense recommendation by the Office of Chief Counsel of the Internal Revenue Service and files necessary to reply to plaintiffs' complaint have been ordered but not yet not received by the Government's trial counsel. Because of the nature of the issues presented by this case, various

components of the Office of Chief Counsel must coordinate in the preparation of the defense recommendation. In addition, once the recommendation and administrative materials are received, various components of the Department of Justice must coordinate in the preparation of the response to plaintiffs' complaint. The additional time requested is required to allow for receipt and review of the administrative files and defense recommendation by the Government's trial counsel, and for the coordination within the Department of Justice on preparation of the appropriate response to plaintiff's complaint.

WHEREFORE, the defendant prays that its motion for an 60-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims