***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| ARBITRAGE TRADING, LLC, by and Through ROBERT GUNTHER as Trustee FOR ROBERT and JAYNE GUNTHER 1999 Revocable Trust | ) | |
| Plaintiff, | ) | No. 06-202 T (Judge Emily C. Hewitt) |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE AND REASSIGNMENT

To the Clerk:

Please enter the appearance of Stuart J. Bassin, as attorney of record for the United States in the above-captioned matter. Litigation responsibility for the United States has been reassigned from David R. House to Mr. Bassin. Please update the Court's record accordingly. Service of all papers by opposing parties should be addressed as follows:

STUART J. BASSIN
Senior Litigation Counsel
U.S. Department of Justice
Tax Division
Office of Civil Litigation
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044

Dated : August 25, 2006

*/s/Stuart J. Bassin*

STUART J. BASSIN
Senior Litigation Counsel
U.S. Department of Justice
Tax Division, Office of Civil Litigation
Phone: (202) 307-6418
Fax: (202) 307-2504
Stuart.J.Bassin@usdoj.gov