# In the United States Court of Federal Claims

No. 06-202 T
(E-Filed: October 4, 2006)

ARBITRAGE TRADING, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Preliminary Status Report. The court held a telephonic status conference on Tuesday, October 3, 2006 at 3:05 p.m. EDT to discuss the Joint Preliminary Status Report. Further to the telephonic status conference, the parties shall undertake the following:

(1) On or before November 2, 2006, the parties shall exchange draft stipulations that will cover the scope of a similar document filed in Jade Trading, LLC v. United States, case no. 03-2164, no. 280 in the docket of that case.

(2) On or before December 1, 2006, the parties shall

- complete early discovery activities as provided in Rules of the Court of Federal Claims (RCFC) 26(a)(1);
- finalize stipulations; and
- file with the court a copy of the index or table of contents to their stipulation as finalized.

The purpose of the foregoing is to produce, exchange, authenticate, and organize all documents that would have otherwise been gathered by requests for admissions and requests for production. Discovery by deposition or interrogatory shall not be used at this time. Such discovery activities may be discussed during the next telephonic status conference.

The court will conduct another telephonic status conference on Tuesday, December 5, 2006, at 3:00 p.m. EST. The Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge