# In the United States Court of Federal Claims

No. 06-202 T
(E-Filed: November 21, 2006)

| | |
|---|---|
| ARBITRAGE TRADING, LLC | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

The telephonic status conference scheduled for December 5, 2006 at 3:00 p.m. EST is rescheduled for Wednesday, December 6, 2006 at 3:00 p.m. EST. A Sprint operator will initiate the telephone call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge