# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ARBITRAGE TRADING, LLC, by and through ROBERT GUNTHER as Trustee For ROBERT AND JAYNE GUNTHER 1999 REVOCABLE TRUST,** | ) | |
| **Plaintiff,** | ) | **DOCKET NO: 06-202 T** |
| **v.** | ) | **JUDGE EMILY C. HEWITT** |
| **THE UNITED STATES OF AMERICA, by and through its agent, the INTERNAL REVENUE SERVICE,** | ) | |
| **Defendant.** | ) | |

---

## INDEX OF TENTATIVELY STIPULATED DOCUMENTS

---

Pursuant to the Court's Order dated October 3, 2006, the parties have exchanged drafts of a core stipulation and the related documents. Based upon that effort, they offer the enclosed tentative list of the pertinent documents (attached as Appendix A). Please note that some issues, requiring further review and confirmation of authenticity of certain documents remain before the parties can stipulate to the documents. The parties nonetheless anticipate that they will ultimately formally stipulate to most of these documents.


s/
David D. Aughtry
Tax Court No. AD0165
Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, NE, Ninth Floor
Atlanta, Georgia 30303
(404)659-1410
(404)659-1852 Facsimile

s/
STUART J. BASSIN
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26, Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JEFFREY R. MALO
Trial Attorney
s/
Of Counsel