# LIST OF (TENTATIVELY) STIPULATED DOCUMENTS

| Exhibit # | Document |
|---|---|
| 1 | Highpoint Tower Technology, Inc. 1997, Forms 1120, 1997 *U.S. Corporation Income Tax Return* |
| 2 | Highpoint Tower Technology, Inc. 1998, Forms 1120, 1997 *U.S. Corporation Income Tax Return* |
| 3 | Highpoint Tower Technology, Inc. 1999, Forms 1120, 1997 *U.S. Corporation Income Tax Return* |
| 4 | Robert C. Gunther and Jayne C. Gunther Forms 1040, 1999 *U.S. Individual Income Tax Return.* |
| 5 | Robert C. Gunther and Jayne C. Gunther Forms 1040, 2000 *U.S. Individual Income Tax Return.* |
| 6 | Sentinel brochure provided the Gunthers and Highpoint which outlined the trading background of the principals and traders |
| 7 | EUR Knock-Out Explanation |
| 8 | Sentinel's Form ADV Investment Advisor Registration |
| 9 | New Vista's Form ADV Investment Advisor Registration |
| 10 | Robert C. Gunther and Jayne C. Gunther Revocable Trust of 1999, Agreement of Trust |
| 11 | Highpoint and AIG Master Trading Agreement |
| 12 | Gunther Trust and AIG Master Trading Agreement |
| 13 | Letter Agreement between Highpoint, AIG and Sentinel |
| 14 | Letter Agreement between the Gunther trust, AIG and Sentinel |
| 15 | Highpoint Purchased Call Option trade confirmation dated August 31, 1999 |
| 16 | Highpoint Sold Call Option trade confirmation dated August 31, 1999 |

| Exhibit # | Document |
|---|---|
| 17 | Gunther Trust Purchased Call Option trade confirmation dated August 31, 1999 |
| 18 | Gunther Trust Sold Call Option trade confirmation dated August 31, 1999 |
| 19 | E-Mail from Smita Conjeevarem of Sentinel to Roy Danischewski of Highpoint on August 31, 1999 |
| 20 | E-Mail Smita Conjeevarem of Sentinel to Roy Danischewski of Highpoint, and dated August 31, 1999 (instructions to pay the account opening fees) |
| 21 | Highpoint Consulting Agreement with New Vista |
| 22 | Arbitrage 1999 Form 1065, *U.S. Partnership Return of Income* |
| 23 | Confidential Private Placement Memorandum of Arbitrage |
| 24 | Check evidencing Highpoint's payment of New Vista's consulting fees, made payable to Sentinel Advisors, LLC in the amount of $750,000 and dated October 5, 1999 |
| 25 | Highpoint Assignment and Assumption Agreements |
| 26 | Gunther Trust Assignment and Assumption Agreements |
| 27 | *No Document* |
| 28 | Safra National Bank Account Summary Statement dated October 29, 1999 |
| 29 | Arbitrage Subscription Agreement with Highpoint |
| 30 | Arbitrage Subscription Agreement with the Gunther Trust |
| 31 | Highpoint Request for Redemption of Interest in Arbitrage |
| 32 | Gunther Trust Request for Redemption of Interest in Arbitrage |
| 33 | Letter from Sentinel to Highpoint regarding Redemption of Interest |
| 34 | Letter from Sentinel to Gunther Trust regarding Redemption of Interest |
| 35 | Letter from Sentinel to Highpoint confirming withdrawal from Arbitrage dated December 20, 1999 |
| 36 | Letter from Sentinel to Gunther Trust confirming withdrawal from Arbitrage dated December 20, 1999 |
| 37 | Arbitrage filed a United States Partnership Return (Form 1065) for the taxable year 1999 |

| Exhibit # | Document |
|---|---|
| **38** | Notice of Beginning of [Partnership] Administrative Proceeding ("NBAP") to **Arbitrage Trading, LLC** and each member thereof, including Sentinel, Highpoint, and the Gunther Trust for the 1999 tax year |
| **39** | Notice of Beginning of [Partnership] Administrative Proceeding ("NBAP") to Arbitrage Trading, LLC and each member thereof, including **Sentinel**, Highpoint, and the Gunther Trust for the 1999 tax year |
| **40** | Notice of Beginning of [Partnership] Administrative Proceeding ("NBAP") to Arbitrage Trading, LLC and each member thereof, including Sentinel, **Highpoint**, and the Gunther Trust for the 1999 tax year |
| **41** | Notice of Beginning of [Partnership] Administrative Proceeding ("NBAP") to Arbitrage Trading, LLC and each member thereof, including Sentinel, Highpoint, and the **Gunther Trust** for the 1999 tax year |
| **42** | Notice of Beginning of [Partnership] Administrative Proceeding ("NBAP") to Robert Gunther for the 1999 tax year |
| **43** | Notice of Beginning of [Partnership] Administrative Proceeding ("NBAP") to Jayne Gunther for the 1999 tax year pursuant to the unified audit and litigation partnership procedures. |
| **44** | Notice of Final Partnership Administrative Adjustment ("FPAA") to Arbitrage for the 1999 tax year |
| **45** | October 13, 2005 the Service issued a "Notice of Deficiency" to Highpoint for the 1999 tax year. |
| **46** | October 13, 2005 the Service issued a "Notice of Deficiency" to Robert C. Gunther and Jayne C. Gunther for the 1999 through 2001 tax years. |
| **47** | October 13, 2005 the Service issued a "Notice of Deficiency" to Robert C. Gunther and Jayne C. Gunther for the 2002 tax year. |

239044.1
003424-000000:12/1/2006