# In the United States Court of Federal Claims

No. 06-202 T
(E-Filed: December 4, 2006)

ARBITRAGE TRADING, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Index of Tentatively Stipulated Documents, filed on December 1, 2006. The Clerk's Office has notified chambers that the parties' filing does not comply with the requirement of the Rules of the United States Court of Federal Claims (RCFC) for electronic signatures. Not withstanding this deficiency, the filing shall remain on the docket. However, the parties are reminded that all future filings must comply with RCFC 11 and 83.1(c)(2). Parties may also refer to General Order No. 42A for assistance regarding electronic signature requirements.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge