# In the United States Court of Federal Claims

No. 06-202 T
(E-Filed: December 6, 2006)

| | |
|---|---|
| ARBITRAGE TRADING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Status Report dated December 5, 2006. The court held a telephonic status conference on Wednesday, December 6, 2006 at 3:00 p.m. EST to discuss the Status Report. Further to the telephonic status conference, the court will conduct another telephonic status conference on Friday, February 9, 2006, at 2:00 p.m. EST. The Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge