# In the United States Court of Federal Claims

No. 06-202 T
(E-Filed: February 9, 2007)

| | |
|---|---|
| ARBITRAGE TRADING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to a telephonic status conference held on February 9, 2007, the court will conduct another telephonic status conference on Tuesday, May 1, 2007, at 2:00 p.m. EDT. A Sprint operator will initiate the call.

If a decision in Jade Trading, LLC v. United States, no. 03-2164, is issued prior to May 1,2007, the parties shall contact the court to schedule an earlier status conference.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge