IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-202 T

(Judge Emily C. Hewitt)

ARBITRAGE TRADING, LLC, by and through ROBERT C. GUNTHER as trustee for ROBERT AND JAYNE GUNTHER 1999 REVOCABLE TRUST,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**JOINT MOTION FOR SUSPENSION OF PROCEEDINGS**

The parties to the above captioned case respectfully move the Court for an order suspending proceedings in this case until a final opinion is published in *Jade Trading, LLC v. United States* (Ct. Fed. Cl. 03-2164) (hereinafter "*Jade Trading*"). The complaint in *Jade Trading*, a copy of which is attached hereto, was filed on September 12, 2003.

In support of this motion, the parties submit the following:

1. The instant case involves a claim arising out of a transaction very similar to the transaction at issue in *Jade Trading*. Questions concerning the proper tax treatment of this transaction are currently before the Court in *Jade Trading* and involve very similar issues to those presented here.

2. *Jade Trading* has been tried, fully briefed, and argued; it is ready for decision and counsel expect an opinion to be issued within the

coming months. Counsel expect that the decision in *Jade Trading* will be appealed to the Federal Circuit and that the appeals process will require approximately 12 - 18 months.

3. The parties here believe that it is unlikely that the Court would reach a conclusion in this case contrary to the ruling of the Federal Circuit in *Jade Trading*. Further, they optimistically estimate that it will require a minimum of 18 months in this case to complete the discovery process, hold a trial, complete post-trial briefing, and the opinion-writing process.

4. Accordingly, the parties believe that binding precedent which will largely dispose of this case will be issued by the Federal Circuit in *Jade Trading* before this case could be prepared, tried, and decided.

5. Accordingly, the parties are in agreement that suspension of the instant case pending decision and appeal in *Jade Trading* is appropriate in this case. Any efforts expended in developing this case at present are likely to be for naught and the parties do not wish to incur the costs and burdens of developing this case under such circumstances.

6. If events reveal that the *Jade Trading* decision will not be released as expected, or that its appeal will not affect the instant case as expected, the parties will so advise this Court.

For these reasons, the parties jointly request that the Court suspend the proceedings in the instant suit.

Respectfully submitted,

s/ David D. Aughtry
David D. Aughtry
Tax Court No. AD0165
Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, NE, Ninth Floor
Atlanta, Georgia 30303
(404)659-1410
(404)659-1852 Facsimile

May 15, 2007

s/ StuartJ. Bassin
STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

May 15, 2007

EILEEN J. O’CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JEFFREY R. MALO
Trial Attorney

s/ Jeffrey R. Malo
Of Counsel

May 15, 2007