IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-202 T

(Judge Emily C. Hewitt)

ARBITRAGE TRADING, LLC, by and through ROBERT C. GUNTHER as trustee for ROBERT AND JAYNE GUNTHER 1999 REVOCABLE TRUST,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**JOINT MOTION FOR LEAVE TO FILE**

The parties move the Court for leave to file the attached copy of the complaint from *Jade Trading, LLC v. United States* (Ct. Fed. Cl. 03-2164) (hereinafter *"Jade Trading"*). As good cause for its motion, defendant submits the following:

On May 15, 2007 the parties filed a joint motion to suspend proceedings in the above captioned case, until final disposition of *Jade Trading.* The motion indicated that a copy of the *Jade Trading* complaint was attached. Defendant inadvertently filed the party's motion without a copy of the *Jade Trading* complaint. Plaintiff informed defendant of the error when it received the notice of electronic filing of the motion to suspend proceedings, and requested that defendant correct the error. The parties request that this motion for leave to file be granted, and that the *Jade Trading* complaint be attached to the parties' motion to suspend proceedings.

Respectfully submitted,

s/ David D. Aughtry
David D. Aughtry
Tax Court No. AD0165
Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, NE, Ninth Floor
Atlanta, Georgia 30303
(404)659-1410
(404)659-1852 Facsimile

May 17, 2007

s/ StuartJ. Bassin
STUART J. BASSIN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6418

May 17, 2007

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JEFFREY R. MALO
Trial Attorney

s/ Jeffrey R. Malo
Of Counsel

May 17, 2007