# In the United States Court of Federal Claims

No. 06-202 T
(E-Filed: May 17, 2007)

| | |
|---|---|
| ARBITRAGE TRADING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion for Suspension of Proceedings (Joint Motion). The parties have moved the court for an order suspending proceedings in this case until a final opinion is published in Jade Trading, LLC v. United States (Jade Trading), No. 03-2164.

In support of their motion, the parties represent that:

1. This case involves a claim arising out of a transaction very similar to the transaction at issue in Jade Trading, and questions concerning the proper tax treatment of this transaction are currently before the court in Jade Trading and involve very similar issues to those presented here.

2. Jade Trading has been tried, fully briefed, and argued; it is ready for decision and counsel expect an opinion to be issued within coming months. Counsel expect that the decision in Jade Trading will be appealed to the Federal Circuit and that the appeals process will require approximately 12-18 months.

3. The parties believe that it is unlikely that the court would reach a conclusion in this case contrary to the ruling of the Federal Circuit in Jade Trading. Further, the parties optimistically estimate that it will require a minimum of 18 months in this case to complete the discovery process, hold a trial, complete post-trial briefing, and the opinion-writing process.

4. Accordingly, the parties believe that binding precedent which will largely dispose of this case will be issued by the Federal Circuit in Jade Trading before this case could be prepared, tried, and decided.

5. Accordingly, the parties are in agreement that suspension of the instant case pending decision and appeal in Jade Trading is appropriate in this case. The parties do not wish to incur the costs and burdens of developing this case under such circumstances.

6. Finally, the parties represent that if events reveal that the Jade Trading decision will not be released as expected, or that its appeal will not affect the instant case as expected, the parties will so advise the court.

Relying on the foregoing representations, proceedings in this matter shall be STAYED until the earlier to occur of the publication of a final opinion in Jade Trading, or any of the events described in paragraph 6 above. Within ten days after the occurrence of such event, the parties shall file a notice with the court and the notice shall refer specifically to this Order.

Additionally, the parties' Joint Motion for Leave to File a copy of the Jade Trading complaint in support of its Joint Motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge