# In The United States Court of Federal Claims

No. 06-202T

(Filed: December 2, 2013)

_____

ARBITRAGE TRADING, LLC,
by and through ROBERT C. GUNTHER
as trustee for ROBERT AND JAYNE
GUNTHER 1999 REVOCABLE TRUST,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 25, 2013, the parties filed a joint motion to extend discovery. The motion is hereby **GRANTED**. Accordingly:

1. Fact discovery shall conclude on or before April 14, 2014;

2. Expert discovery shall conclude on or before July 14, 2014; and

3. On or before July 28, 2014, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge