# In The United States Court of Federal Claims

No. 06-202T

(Filed: December 5, 2013)

_____

ARBITRAGE TRADING, LLC,
by and through ROBERT C. GUNTHER
as trustee for ROBERT AND JAYNE
GUNTHER 1999 REVOCABLE TRUST,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On or before January 10, 2014, each party shall file a supplemental brief, not to exceed 5 pages in length, addressing the impact, if any, on this case of *United States v. Woods*, No. 12-562, 2013 BL 333860 (U.S. Dec. 03, 2013).

    **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge